Action by Herbert L. Hildreth against Williams Derrenbacher. No opinion. Order unanimously affirmed, with costs.

HO-GLEN, Respondent, v. JAMES LIVINGSTON CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Frank M. Ho-Glen against the James Livingston Construction Company. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

HOLFSTEIN et al., Appellants, v. MEROVITZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Max Holfstein and another against Harry P. Merovitz and another. PER CURIAM. Motion granted, with $10 costs, unless the appellants print the appeal, place the cause upon the calendar, and be ready for argument on Monday, May 3, 1909, in which case the motion is denied, without costs.

HOLLISTER v. BARKER. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Frank C. Hollister aginst Charles B. Barker. No opinion. Motion denied on terms stated in order. Order filed.

HOOPLE et al., Respondents, v. SCHNEIDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by William G. Hoople and others against Simon Schneider and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

HORDERN v. SALVATION ARMY. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by David Hordern against the Salvation Army. No opinion. Motion denied, with $10 costs. Order filed. See, also, 124 App. Div. 674, 109 N. Y. Supp. 131.

In re HOTALING. (Supreme Court, Appellate Division, First Department. April 16, 1909.) In the matter of John W. Hotaling. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOVER, Respondent, v. MAGLEY, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Wilson W. Hover against Lillian F. Magley. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 116 App. Div. 84, 101 N. Y. Supp. 245.

HOWELL, Appellant, v. BARNUM, Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Thomas H. Howell against William T. Barnum. A. I. Sire, for appellant. C. H. Strong, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HUGHES, Respondent, v. HARBOR & SUBURBAN BUILDING & SAVINGS ASS'N et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by James F. Hughes against the Harbor & Suburban Building & Savings Association and another. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 115 N. Y. Supp. 320.

HUNT v. LONG ISLAND R. CO. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Addie M. Hunt against the Long Island Railroad Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 115 N. Y. Supp. 478.

IBLED, Appellant, v. KOEHLER, Respondent. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Pierre Ibled against Arthur J. Koehler. M. Leon, for appellant. C. Goldzier, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

INDEPENDENT PEERLESS PATTERN CO., Appellant, v. TOWNSEND et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by the Independent Peerless Pattern Company against Edward I. Townsend and another. No opinion. Judgment and order affirmed, with costs.

JABURG et al., Appellants, v. HASEROT CANNERIES CO., Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by John Jaburg and another against the Haserot Canneries Company. G. Ryall, for appellants. E. Bisbee, for respondent. PER CURIAM. Judgment affirmed, with costs. Order filed. SCOTT, J., dissents.

JACOBS, Appellant, v. FEINSTEIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Lewis J. Jacobs against James Feinstein and others. No opinion. Motion granted, without costs.

JARDINE, MATHESON & CO. v. DENBOSKY et al. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Jardine, Matheson & Co. against Edward Denbosky and another. No opinion. Application denied, with $10 costs. Order signed.

JEANERETTE, Appellant, v. JUNGMAN, Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Maria Jeanerette against Julius Jungman. T. J. O'Neill, for appellant. J. C. Robinson, for respondent.